IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:19-CR-04021-LTS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S** |
| | ) | **SENTENCING MEMORANDUM** |
| JESSICA ROSE OTT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Jessica Rose Ott faces sentencing for conspiracy to distribute a controlled substance (Count 1) and use of a firearm during and in relation to a drug trafficking crime and a crime of violence (Count 4).

## I.      ISSUES

The parties have agreed, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), that the Court should sentence Ms. Ott to a total sentence of 180 months' imprisonment and an eight-year term of supervised release. (PSR ¶ 3). The Court will need to decide whether to accept the agreement and impose the stipulated sentence.

## II.      EXHIBITS AND WITNESSES

Ms. Ott does not anticipate offering any exhibits or testimony.

## III.      SENTENCING RANGES

The PSR correctly describes the statutory and guideline ranges in paragraph 98 and in the Sentencing Worksheet.

## IV.      ARGUMENT

For reasons to be addressed at sentencing, Ms. Ott asks the Court to accept the parties' agreement and impose the stipulated sentence.

Respectfully submitted,

JESSICA ROSE OTT, Defendant,

By:     /s/ Joshua W. Weir (AT0008804)
BLACK & WEIR LAW OFFICES, LLC
1904 Farnam Street, Suite 425
Omaha, Nebraska 68102
(402) 513-3650 (phone)
(844) 222-2417 (fax)
josh@joshweirlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically mailed the foregoing document to the following:

Forde Fairchild, Assistant United States Attorney
Jill R. Freese, United States Probation

    /s/ Joshua W. Weir