# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JESSICA ROSE OTT, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 19-cr-04021-LTS-3<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Jenny Juehring<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: Shelly_Semmler@iand.uscourts.gov |

| Date: | 12/05/2019 | Start: | 3:29PM | Adjourn: | 3:59PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | | n/a | Telephonic? n/a |
| Appearances: | Plaintiff(s): | AUSA Forde Fairchild | | | | | | |
| | Defendant(s): | Joshua Weir (defendant present) | | | | | | |
| | U.S. Probation: | PO Jill Freese | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | | | | Ruling: | |
| | Motions to vary/depart: | | | | Ruling: | |
| | Count(s) dismissed: | II, III | | | | |
| | Sentence (See J & C): | 180 month's imprisonment BOP: 60 months on Count I, 120 months on Count IV, to run consecutively. | | | | |
| | Fine: | | None | | Special assessment: | $200 |
| | Supervised Release: | | Eight-year term of supervised release: Eight years on Count I, five years on Count IV, to run concurrently. PSIR special conditions imposed. | | | |
| | Court's recommendations (if any): | | RDAP. Placement at Greenville. | | | |
| Defendant is | X | Detained | | Released | and shall report | | |
| **Witness/Exhibit List is** | n/a | | | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7). | | | | | | | |
| Miscellaneous: | Defendant ordered to pay restitution to J.M. (first priority) in the amount of $61,714.60, joint and several with Andrew Nissen (19-cr-4021-LTS-2) and other co-defendants who may be sentenced in the future and ordered to pay restitution. Defendant ordered to pay restitution to Optum (second priority) in the amount of $435,069.25, joint and several with other co-defendants who may be sentenced in the future and ordered to pay restitution. The interest requirement is waived. | | | | | | |